UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-63107-CIV-MORENO

GLORIA STHEFANY BAQUE,

    Plaintiff,

vs.

MAMACIT'S, INC., MARIA B. NARVAEZ,
JOSE A. GOMEZ, and MARLON GOMEZ,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve FLSA Settlement, Dismiss With Prejudice, and Retain Jurisdiction to Enforce **(D.E. 20)**, filed on **July 23, 2020**.

THE COURT has considered the Joint Motion, the proposed settlement agreement, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Joint Motion to Approve FLSA Settlement, Dismiss With Prejudice, and Retain Jurisdiction to Enforce is **GRANTED**. The settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). The Court will retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

**ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT** with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 of July 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record